1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF PAUL SILVA by and through its successors-in-interest LESLIE ALLEN and MANUEL SILVA, MANUEL SILVA, and LESLIE ALLEN,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN DIEGO *et al*.,<br>Defendants. | CASE NO. 18-cv-02282-L-MSB<br><br>**ORDER GRANTING JOINT MOTION FOR ORDER DISMISSING DEFENDANT LIBERTY HEALTHCARE CORPORATION WITHOUT PREJUDICE [Doc. 65]** |

Pursuant to the stipulation between Plaintiffs and Defendant Liberty Healthcare Corporation, and good cause appearing, it is HEREBY ORDERED that Defendant Liberty Healthcare Corporation is dismissed from this action without prejudice with each side to bear their own costs and fees.

IT IS SO ORDERED.

DATED June 20, 2019

_____
Hon. M. James Lorenz
UNITED STATES DISTRICT JUDGE