**LOTZ, DOGGETT & RAWERS, LLP**
**JEFFREY S. DOGGETT, State Bar No. 147235**
**BRIAN T. BLOODWORTH, State Bar No. 272664**
101 West Broadway, Suite 1110
San Diego, California 92101
Telephone (619) 233-5565
Facsimile (619) 233-5564

Attorneys for Defendants, KERI CAVALLO;
MARK O'BRIEN; COAST HOSPITALIST
MEDICAL ASSOCIATES, INC.; and
COAST CORRECTIONAL MEDICAL
GROUP

## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF PAUL SILVA by and through its successors-in-interest LESLIE ALLEN and MANUEL SILVA, MANUEL SILVA AND LESLIE ALLEN, | Case No. 18-cv-02282-L-MSB |
| | **NOTICE OF APPEARANCE** |
| Plaintiff, | Judge: Hon. James M. Lorenz |
| v. | Magistrate Judge: Hon. Michael S. Berg |
| CITY OF SAN DIEGO; SHELLY ZIMMERMAN in her individual capacity; ANDREW MURROW; THOMAS DERISIO; LOUIS MAGGI; COUNTY OF SAN DIEGO, WILLIAM GORE, in his individual capacity; BARBARA LEE, in her individual capacity; ALFRED JOSHUA, in his individual capacity; ANTHONY ADRANEDA; KERI CAVALLO; MARK O'BRIEN; LAURA COYNE; MICHAEL LAWSON; JOHN DOUTHITT; JULIO RODRIGUEZ; CHARLES DELACRUZ. DIEGO LOPEZ; AARON VRABEL; JORGE ENCISO; TANNER SHERMAN; CHRISTOPHER SIMMS, RYAN SEABORN, HARVEY SEELEY; CESAR CEBALLOS; SGT. NAVARRO; TRI-CITY MEDICAL CENTER; COAST HOSPITALIST MEDICAL ASSOCIATES, INC.; COAST CORRECTIONAL MEDICAL GROUP; and DOES 24-100 | |

LOTZ, DOGGETT & RAWERS LLP
101 WEST BROADWAY, SUITE 1110
SAN DIEGO, CALIFORNIA 92101
TELEPHONE: (619) 233-5565

**LOTZ, DOGGETT & RAWERS LLP**
101 WEST BROADWAY, SUITE 1110
SAN DIEGO, CALIFORNIA 92101
TELEPHONE: (619) 233-5565

1   TO THE CLERK OF COURT, ALL PARTIES, AND THEIR ATTORNEYS OF

2   RECORD:

3   PLEASE TAKE NOTICE THAT Brian T. Bloodworth, Esq., of the law firm of

4   Lotz, Doggett & Rawers, LLP, hereby appears as counsel for Defendants KERI

5   CAVALLO; MARK O'BRIEN; COAST HOSPITALIST MEDICAL ASSOCIATES,

6   INC.; and COAST CORRECTIONAL MEDICAL GROUP.

7   Please add Mr. Bloodworth to all service lists in this matter at the following

8   address:

9   Brian T. Bloodworth, Esq.
    LOTZ, DOGGETT & RAWERS, LLP
10  101 West Broadway, Suite 1110
    San Diego, CA 92101
11  Tel: (619) 233-5565
    Fax: (619) 233-5564
12  bbloodworth@ldrlaw.com

13  Mr. Bloodworth is admitted and authorized to practice in this court in

14  accordance with Local Rule 83.3. Other counsel of record for Defendants, KERI

15  CAVALLO; MARK O'BRIEN; COAST HOSPITALIST MEDICAL ASSOCIATES,

16  INC.; and COAST CORRECTIONAL MEDICAL GROUP, Jeffrey S. Doggett, Esq.,

17  shall remain as lead counsel of record. Mr. Bloodworth substitutes in place of current

18  counsel of record, Lauren Hardisty, Esq. who may be removed from the service list.

19

20  Respectfully submitted,

21

22  DATED: January 21, 2020          LOTZ, DOGGETT & RAWERS, LLP

23

24                                   By: /s/ Brian T. Bloodworth
                                     **JEFFREY S. DOGGETT, ESQ.**
25                                   **BRIAN T. BLOODWORTH ESQ.**
                                     Attorneys for Defendants, KERI
26                                   CAVALLO; MARK O'BRIEN; COAST
                                     HOSPITALIST MEDICAL
27                                   ASSOCIATES, INC.; and COAST
                                     CORRECTIONAL MEDICAL GROUP
28

NOTICE OF APPEARANCE                              18-cv-02282-L-MSB

1

## **CERTIFICATE OF SERVICE**

2      I hereby certify that this document was filed and served this 21st day of January,

3  2020, using this Court's CM/ECF filing system which will electronically transmit a

4  copy to all counsel of record.

5

6      DATED: January 21, 2020        LOTZ, DOGGETT & RAWERS, LLP

7

8                                    By: /s/ Brian T. Bloodworth
                                     **JEFFREY S. DOGGETT, ESQ.**
9                                    **BRIAN T. BLOODWORTH ESQ.**
                                     Attorneys   for   Defendants,   KERI
10                                   CAVALLO; MARK O'BRIEN; COAST
                                     H O S P I T A L I S T   M E D I C A L
11                                   ASSOCIATES,   INC.;   and   COAST
                                     CORRECTIONAL MEDICAL GROUP

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**LOTZ, DOGGETT & RAWERS LLP**
101 WEST BROADWAY, SUITE 1110
SAN DIEGO, CALIFORNIA 92101
TELEPHONE: (619) 233-5565

NOTICE OF APPEARANCE                                      18-cv-02282-L-MSB

-3-