UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE ESTATE OF PAUL SILVA, et al. | ) | Case No.  18-cv-02282-L-MSB |
| Plaintiffs, | ) ) | **ORDER GRANTING JOINT MOTION TO DISMISS DEFENDANT TRI-CITY HEALTHCARE DISTRICT DBA TRI-CITY MEDICAL CENTER** |
| v. | ) ) ) |  |
| CITY OF SAN DIEGO, et al. | ) ) |  |
| Defendants. | ) ) ) ) | **[Doc. 94]** |

Pursuant to Federal Rule of Civil Procedure 41(a)(2), the Court hereby GRANTS the parties' joint motion for dismissal and dismisses Defendant Tri-City Healthcare District, dba Tri-City Medical Center as a party to this case.  Each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: March 8, 2020

_____
Hon. M. James Lorenz
United States District Judge

1

18-cv-02282-L-MSB