UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF PAUL SILVA, et al.<br><br>  Plaintiffs,<br><br>  v.<br><br>CITY OF SAN DIEGO, et al.<br><br>  Defendants. | Case No.  18-cv-02282-L-MSB<br><br>**ORDER DENYING AS MOOT DEFENDANT TRI-CITY MEDICAL CENTER'S MOTION TO DISMISS**<br><br>**[Doc. 89]** |

Pending before the Court is a motion to dismiss first amended complaint for failure to state a claim filed by Defendant Tri-City Medical Center ("Tri-City"). (Doc. no. 89. )  As all claims against Tri-City have been dismissed pursuant to a joint motion of the parties (docs. no. 94, 104), Tri-City's motion to dismiss is denied without prejudice as moot.

**IT IS SO ORDERED.**

Dated:  March 10, 2020

_____
Hon. M. James Lorenz
United States District Judge