EUGENE G. IREDALE, SBN 75292
JULIA YOO, SBN 231163
GRACE JUN, SBN 287973
IREDALE & YOO, APC
105 West F Street, Fourth Floor
San Diego, CA 92101-6036
TEL: (619) 233-1525
FAX: (619) 233-3221
Attorneys for Plaintiffs

James P. Frantz, Esq., SBN 87492
William P. Harris III, Esq., SBN 123575
George T. Stiefel, Esq., SBN 297611
FRANTZ LAW GROUP, APLC
402 West Broadway, Suite 860
San Diego, CA 92101
Tel: (619) 233-5945
FAX: (619) 525-7672

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF PAUL SILVA by and through its successors-in-interest LESLIE ALLEN and MANUEL SILVA, MANUEL SILVA, and LESLIE ALLEN,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN DIEGO *et al.*,<br><br>Defendants. | CASE NO. 18-cv-02282-L-MSB<br><br>**PLAINTIFFS' NOTICE OF SETTLEMENT WITH THE COUNTY DEFENDANTS** |

Plaintiffs provide this notice that the case has been settled with Defendants County of San Diego, William Gore, Alfred Joshua, M.D., Anthonny Adraneda, Barbara Lee, Laura Coyne, Michael Lawson, John Douthitt, Julio Rodriguez, Charles Delacruz, Diego Lopez, Aaron Vrabel, Jorge Enciso, Tanner Sherman, Christopher Simms, Ryan Seabron, Harvey Seeley, Cesar Ceballos and Joseph Navarro. Under the terms of the settlement agreement, Plaintiffs will move to dismiss this action with prejudice against these defendants upon receipt of the settlement amount.

Dated: March 8, 2021

Respectfully submitted,
IREDALE & YOO, APC

/s/ *Julia Yoo*
Eugene Iredale
Julia Yoo
Grace Jun
Attorneys for Plaintiffs
Estate of Paul Silva *et al.*

Dated: March 8, 2021

THOMAS E. MONTGOMERY, County Counsel

/s/ *Robert A. Ortiz*
Robert A. Ortiz, Esq.
Senior Deputy County Counsel
Attorneys for Defendants
County of San Diego *et al.*

## **CERTIFICATION**

I, Julia Yoo, certify that the contents of this joint motion are acceptable to all persons required to sign the document. I have obtained each person's authorization to affix his/her electronic signature to this document.

Dated: March 8, 2021                    /s/ *Julia Yoo*
                                        Counsel for Plaintiffs
                                        Estate of Paul Silva *et al.*