MARA W. ELLIOTT, City Attorney
M. TRAVIS PHELPS, Assistant City Attorney
STACY J. PLOTKIN-WOLFF, Senior Chief Deputy City Attorney
California State Bar No. 174793
    Office of the City Attorney
    1200 Third Avenue, Suite 1100
    San Diego, California 92101-4100
    Telephone: (619) 533-5800
    Facsimile: (619) 533-5856

Attorneys for Defendants
ANDREW MURROW, THOMAS DERISIO,
LOUIS MAGGI and CITY OF SAN DIEGO

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| The Estate of Paul Silva, by and through its successors-in-interest Leslie Allen and Manuel Silva; Manuel Silva; Leslie Silva, <br><br>    Plaintiffs, <br><br>v. <br><br>City of San Diego, Shelley Zimmerman, in her individual capacity; Andrew Murrow, in his individual capacity, County of San Diego; William Gore, in his individual capacity; Alfred Joshua, an individual; Liberty Healthcare Corporation, a Pennsylvania Corporation; Community Research Foundation, a California Corporation; DOES 1-100, <br><br>    Defendants. | Case No. 18cv02282 L (MSB) <br><br>**NOTICE OF APPEAL** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Notice is hereby given that:

Defendants/Appellants Andrew Murrow and Louis Maggi hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Order Granting in Part and Denying in Part Defendant City of San Diego's Motion for Summary Judgment or Summary Adjudication entered by Hon. M. James Lorenz, United States District Court for the Southern District of California, in this proceeding on the 15th day of

MPS//CITYOFSANDIEGO MY.SHAREPOINT.COM/PERSONAL/SJPWOLFF_SANDIEGO_GOV/DOCUMENTS/ACTIVE CASES -- ONEDRIVE/SILVA -- ONEDRIVE/NOTICE OF APPEAL.DOCX

1  December 2022. Plaintiff filed a motion for reconsideration, which was denied on
2  May 22, 2023.
3        This action was originally filed on October 2, 2018. No prior appeals have
4  been filed in this action.

5  Dated:  June 22, 2023        MARA W. ELLIOTT, City Attorney

7          By  */s/ Stacy J. Plotkin-Wolff*
8             Stacy J. Plotkin-Wolff
           Senior Chief Deputy City Attorney

9          Attorneys for Defendants
10         ANDREW MURROW, THOMAS DERISIO, LOUIS MAGGI and CITY OF SAN DIEGO

27 HTTPS://CITYOFSANDIEGO-MY.SHAREPOINT.COM/PERSONAL/SJPWOLFF_SANDIEGO_GOV/DOCUMENTS/ACTIVE CASES -- ONEDRIVE/SILVA -- ONEDRIVE/NOTICE OF APPEAL.DOCX

2

18cv02282 L (MSB)